791 A.2d 218

ADESHINA BAMIGBADE, PLAINTIFF–APPELLANT, v. NAIDA
DRUG COMPANY, DEFENDANT–RESPONDENT.

January 10, 2002.

## ORDER

This matter having come before the Court on an appeal as of
right pursuant to *Rule* 2:2–1(a)(1), and the Court having deter-
mined that the matter does not present a substantial constitutional
question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed.

791 A.2d 218

CHARLES SURBER, EXECUTOR OF THE ESTATE OF BLANCHE
LANG, DECEASED, PLAINTIFF–RESPONDENT, v. TED LANG
AND DORIS LANG, DEFENDANTS–APPELLANTS.

January 17, 2002.

This matter having come before the Court on an appeal as of
right pursuant to *Rule* 2:2–1(a)(1), and the Court having deter-
mined that the matter does not present a substantial constitutional
question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed.